The information available on Case.net is provided as a service and is not considered an official court record.

Case: 4:26-cv-01065   Doc. #: 1-2   Filed: 07/07/26   Page: 1 of 18 PageID #: 7

Case.net: - Docket Entries

| **Respond to Selected Documents** |          **Sort by date:** Descending Ascending          **Display options:** All Entries ⌄

**06/17/2026**

**Agent Served**

Document ID - 26-SMSC-391; Served To - JEFF HUGHES; Served Date - 06/15/2026; Served Time - 10:17:45; Service Type - SD; Reason Description - SERV; Service Text -

**Notice of Service**

26-SMSC-391.

**06/08/2026**

**Summons Issued- Small Claims**

Document ID: 26-SMSC-391, for HUGHES, JEFF

**Ord Allow In Forma Pauperis**

**Confid Filing Info Sheet Filed**

**06/04/2026**

**CRIFS/Unredacted Document**

**06/03/2026**

**Judge Assigned**

**Small Claims Hrng Scheduled**

    **Scheduled For:** 07/09/2026; 9:30 AM; MICHAEL R DAUPHIN; City of St. Louis

**Petition Filed - No Fees**

# Exhibit B



# FILED AS A POOR PERSON
## Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| **Judge or Division:**<br>MICHAEL R DAUPHIN | | **Case Number:**<br>**2622-SC00200** |
| **Plaintiff:**<br>TONI PHILLIPS | vs. | **Plaintiff's Attorney/Address:**<br>TONI PHILLIPS<br>1219 SOUTH 10 STREET<br>SAINT LOUIS, MO 63104 |
| **Defendant:**<br>JEFF HUGHES | | **Date, Time and Location of Hearing:**<br>**THURSDAY<br>09-JUL-2026, 09:30 AM<br>DIVISION 28<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101** |

*(Date File Stamp for Return)*

The State of Missouri to:   **JEFF HUGHES**
**Alias:**
**2920 MERAMAC**
**ST LOUIS, MO 63118**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

**COURT SEAL OF**

_____6/8/2026_____
Date

_____
Clerk

***CITY OF ST LOUIS***

**Further Information:**

SJRC (07-25) SC70 (SMSC) *For Court Use Only:* **Document ID# 26-SMSC-391**
1 of 3 (2622-SC00200)                                    SCR 142.01, 142.02, 143; 482.350, RSMo

## Instructions to Defendant

1. If you do not wish to oppose plaintiff's claim, you may:

   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or

   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.

2. If you wish to oppose the claim:

   a) You must appear on the date at the time set for the hearing.

   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.

   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.

3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:

   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.

   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process and **before** the date of trial.

   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.

4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.

5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.

6. A pamphlet explaining the small claims court is available.

**Note: Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.**

SJRC (07-25) SC70 (SMSC) *For Court Use Only:* **Document ID# 26-SMSC-391**
3 of 3 (2622-SC00200)                                    SCR 142.01, 142.02, 143; 482.350, RSMo

IN THE CIRCUIT COURT OF _____ COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: 28 | Case Number: 2622-SC00200 |

| Plaintiff(s): | |
|---|---|
| 1. Toni Phillips | Plaintiff's Address (No. 1): 1219 South 10th Striet |
| 2. | City, State, Zip: St Louis MO 63104 |
| vs. | Telephone Number: (314) 501-1133 |
| | Plaintiff's Address (No. 2): |

| Defendant's Address (No. 1): 2920 Meramac |
|---|
| City State, Zip: St Louis MO 63118 |
| Telephone Number: 314-353-6536 |
| Defendant's Address (No. 2): |

(Date File Stamp)

| Defendant(s): | | City, State Zip: | City, State, Zip: |
|---|---|---|---|
| 1. Mr. Jeff Hughes | | | |
| 2. | | Telephone Number: | Telephone Number: |

| Mail | ✓ Sheriff |
|---|---|

## Petition Small Claims Court

The plaintiff states he/she has a claim against the defendant in the amount of $ 5000.00 . The claim arose on or about 3/19/26 (date) as a result of the following events: See (Attachments)

(include additional page if necessary)

The plaintiff states that the information contained in this petition is true and correct to the best of his/her knowledge, that he/she is not an assignee of this claim and that he/she has not filed more than twelve (12) other claims in the Missouri small claims courts during the current calendar year.

The plaintiff understands that, should he/she be successful in this action and obtain judgment, and if the defendant does not appeal within ten days, this judgment becomes final. The plaintiff cannot commence another action involving the same parties and issues. The plaintiff understands that he/she is waiving the right to jury trial on these issues in the small claims court.

6/2/26
Date

Toni Phillips
Signature of Plaintiff

**Keep a copy of this petition and bring it to court.**

OSCA (10-04) SC40                    1 of 1                    Rule 141.01, 482.330, 482.340 RSMo

I have been having informed delivery for four years now. And every mail that has sent me has always been right and I did not have any problems until almost the last three years. And when mail stopped coming and started getting switched it was 2023-2026. I made so many reports dealing with this to the postal services and had so many reports on files as well and I also copied the letters that were supposed to be sent and were not sent and never got. I went to the police and filed a fraud packet as well and the detective working on it told me I have to take this to the silver matter and make a report to the postal police. I did that every time and still nothing gets done. There were a lot of managers that were helping out them to take my mail and some of my stuff that I ordered online. And when I go down their with my tracking number some times they gone say that that number I gave was not right. And sometimes I have the receipt in my hand many times all they do lie and the only thing when that happens they say that the informed delivery is not accrued when its been on time and never had any mail shown in informed delivery it always was what I got and nothing different at all. I have a picture of what they sent and what they gave me was a totally different letter. I'm at this point where I just can't keep waiting on them to deliver something that was supposed to have been delivered two weeks ago and never got my mail. Now the only time I can say that when it's snowing out they are delayed then I can say. But I have pictures from the informed delivery. To show I copy them from their for proof out my informed delivery that I never got the letters that they never sent was very important I miss appointments and cards that was sent never got them and bills that was almost cut off until I called them to see what my bill Its no way they should still be open do to they are doing federal stuff and getting away with it that's not right we the people have to deal with this for so many years and nothing changed it only got worse when you bring it to the attention to whom that was supposed to address it to their employees.

4/2/23, 12:49 PM                                    Gmail - Your Daily Digest for Tue, 3/31 is ready to view

**M Gmail**                                                        Toni Phillips <tonitruthfree2@gmail.com>

**Your Daily Digest for Tue, 3/31 is ready to view**
1 message

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>          Tue, Mar 31, 2026 at 7:32 AM
To: tonitruthfree2@gmail.com

*This is the check that was supposed got sent but they switch to a letter all the IRS Checks comes from Kanasa City mo. This one is the second time they Did this.*

**COMING TO YOU SOON**

**1**                          **0**

Mailpiece(s)                  Package(s)

1 item(s)

FROM: **U.S. Department of Treasury**



This is
the check showed In formed delivery

**Learn more about your mail >**

The Internal Revenue Service

**Proudly Partners With**

**The Center For Missing
And Exploited Children**

Click Here For More Information >

**Share via:**

Email        Text        Facebook        X

There is one or more mailpieces for which we do not currently have an image that is included in today's mail.

PACKAGES

**No packages are available to display.**

4/17/26, 9:29 AM

1040344669-030.jpg



4/17/26, 9:29 AM                                                    1040344641-030.jpg

Steve L Cimarolli
104 St Christopher Lane
Cahokia, IL 62206-2461
BUS: (618) 337-2706

PRST STD
U.S. POSTAGE
PAID
BLOOMINGTON, IL
PERMIT NO. 125

Toni Phillips
1219 S 10th St
Saint Louis MO 63104-3520

200009-1-564

HomeSafe

Toni Phillips
1219 S 39th St
Saint Louis, MO 63104-3520

63767 16

PRINTED BY
US POSTAGE
PAID
MAILED FROM
63376
PERMIT 117

4/17/26, 9:28 AM                                              1040250683-030.jpg



700 Market Street
St. Louis, MO 63101

FIRST-CLASS MAIL
PRSRT
U.S. POSTAGE PAID
DQXXM



TONI PHILLIPS
1219 S 10TH ST
SAINT LOUIS MO 63104-3520

**Your Spire**
natural gas bill

**MISSOURI FAMILY SUPPORT DIVISION**
**PO BOX 2700**
**JEFFERSON CITY MISSOURI 65102-2700**

CES

OFFICE

Toni Phillips
1219 S 10th Street
St Louis MO 63104

CCT-PHM 63104





# FILED AS A POOR PERSON
## Summons Small Claims Court

### IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL R DAUPHIN | Case Number:<br>**2622-SC00200** | |
|---|---|---|
| Plaintiff:<br>TONI PHILLIPS | Plaintiff's Attorney/Address:<br>TONI PHILLIPS<br>1219 SOUTH 10 STREET<br>SAINT LOUIS, MO 63104 | |
| vs. | | |
| Defendant:<br>JEFF HUGHES | Date, Time and Location of Hearing:<br>**THURSDAY<br>09-JUL-2026, 09:30 AM<br>DIVISION 28<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101** | (Date File<br>Stamp for<br>Return) |

**The State of Missouri to:**   **JEFF HUGHES**
**Alias:**
**2920 MERAMAC**
**ST LOUIS, MO 63118**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

*COURT SEAL OF*

*CITY OF ST LOUIS*

|  6/8/2026  |  *Thomas J Loyppinger* |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SC70 (SMSC) *For Court Use Only:* **Document ID# 26-SMSC-391**
1 of 3 (2622-SC00200)                                    SCR 142.01, 142.02, 143; 482.350, RSMo

**Case Number: 2622-SC00200**

## Officer's or Server's Return
### (unless Certified Mail Used)

**Note to serving officer**: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons to the defendant.

☐ leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons to: _____ (name) _____ (title) at _____ (address).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant. For methods of service on all classes of suits, see Supreme Court Rule 54.

**Instructions to Defendant**

1. If you do not wish to oppose plaintiff's claim, you may:

   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or

   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.

2. If you wish to oppose the claim:

   a) You must appear on the date at the time set for the hearing.

   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.

   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.

3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:

   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.

   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process and **before** the date of trial.

   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.

4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.

5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.

6. A pamphlet explaining the small claims court is available.

**Note: Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.**

Electronically Filed - CITY OF ST. LOUIS - June 17, 2026 - 09:18 AM

Case Number: 2622-SC00200

## Officer's or Server's Return
### (unless Certified Mail Used)

**Note to serving officer**: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above Summons by: (check one)

[✓] delivering a copy of the summons to the defendant.  B|M|50

[ ] leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with _____, a person at least 18 years of age residing therein.

[ ] (for service on a corporation) delivering a copy of the summons to:
_____ (name) _____ (title)
at _____ (address).

[ ] other: _____.

Served at ___39 20   MERAMAC_____ (address)
in _____ (County(City of St. Louis), MO) on __6-15-26____ (date)
at __10:50____ (time).

DS  L. STEWART

DS  ~~Seth Stewart~~
_____
Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

*(Seal)*  Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____
                                    Date                      Notary Public

A copy of the summons and petition must be served on **each** defendant. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SC70 (SMSC) *For Court Use Only:* **Document ID# 26-SMSC-391**
2 of 3 (2622-SC00200)
                                      SCR 142.01, 142.02, 143; 482.350, RSMo

Electronically Filed - CITY OF ST. LOUIS - June 17, 2026 - 09:18 AM

# FILED AS A POOR PERSON

## Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL R DAUPHIN | Case Number:<br>2622-SC00200 | |
|---|---|---|
| Plaintiff:<br>TONI PHILLIPS<br><br>vs. | Plaintiff's Attorney/Address:<br>TONI PHILLIPS<br>1219 SOUTH 10 STREET<br>SAINT LOUIS, MO 63104 | |
| Defendant:<br>JEFF HUGHES | Date, Time and Location of Hearing:<br>**THURSDAY**<br>**09-JUL-2026, 09:30 AM**<br>**DIVISION 28**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File<br>Stamp for<br>Return) |

**The State of Missouri to:  JEFF HUGHES**
**Alias:**
**2920 MERAMAC**
**ST LOUIS, MO 63118**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

**COURT SEAL OF**

*CITY OF ST LOUIS*

**Further Information:**

6/8/2026
Date

Clerk