**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TONI PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:26-cv-01065-JAR |
| | ) | |
| JEFF HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE AND DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

COMES NOW Defendant Jeff Hughes (Defendant), by and through his attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Dereck W. Basinger, Assistant United States Attorney for said District, and moves to substitute the United States as party defendant pursuant to 28 U.S.C. § 2679(d) and dismiss this action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

A Memorandum of Law in support of this Motion is filed contemporaneously herewith. Defendant adopts and incorporates by reference the arguments made therein.

Wherefore, Defendant Hughes respectfully requests that this Court substitute the United States as the party defendant, dismiss this action, and award any additional relief the Court deems just and proper.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

By: /s/ *Dereck W. Basinger*
DERECK W. BASINGER, #76544 (MO)
Assistant United States Attorney
111 S. 10th St., Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2196 FAX
Email: dereck.basinger@usdoj.gov

*Attorneys for the United States of America, on behalf of Defendant Jeff Hughes*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July, 2026, the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF electronic filing system and served via U.S. Mail, first class, postage prepaid, upon the following:

Toni Phillips
1219 South 10th Street
St. Louis, MO 63104

*Pro Se Plaintiff*

/s/ *Dereck W. Basinger*
DERECK W. BASINGER
Assistant United States Attorney