**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TONI PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:26-cv-01065-JAR |
| | ) | |
| JEFF HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING**

COMES NOW Defendant Jeff Hughes (Defendant),[*] by and through his attorneys, and for his Response to Plaintiff Toni Phillips (Plaintiff)'s Motion for Hearing states:

1. Defendant removed this action to this Court on July 07, 2026. Doc. [1].

2. On July 14, 2026, Defendant filed a consolidated Motion to substitute the United States as the party defendant to this action and to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(1), on the basis of sovereign immunity. Docs. [6] and [7].

3. Plaintiff filed an Amended Complaint on August 24, 2026. Docs. [9] and [9-1].

4. Defendant filed a Motion to Strike Plaintiff's Amended Complaint on September 08, 2026, for failure to comply with Rule 15(a)(2) and failure to establish a waiver of sovereign immunity. Doc. [11]. Plaintiff opposed Defendant's Motion to Strike. Doc. [13].

5. On October 09, 2026, Plaintiff filed a Memorandum, now construed as a Motion for Hearing, to "talk to the judge" and "tell [her] side," among other assertions. Doc. [15].

6. On October 20, 2026, Plaintiff filed a Memorandum to Court in which Plaintiff

[*] Defendant maintains that this Court should substitute the United States of America in his place because, at all times relevant to Plaintiff's suit, Defendant acted within the course and scope of his employment with the United States Postal Service (USPS). *See* Doc. [7] at 3 (citing *Kearns v. United States*, 23 F.4th 807, 811 (8th Cir. 2022) (quoting 28 U.S.C. § 2679(d)(2))); *see also* Doc. [1-1].

appears to take issue with the styling of her October 09, 2026, filing as a "Motion for Hearing" but reasserts her "request to see [the] judge" and "to have a court date set up." Doc. [16].

7. Defendant defers to the Court as to the need for a hearing on Defendant's prior Motions, but it respectfully suggests that deciding them based upon the current record would be well within this Court's discretion. *See Johnson v. United States*, 534 F.3d 958, 964 (8th Cir. 2008) (explaining that "a court can evaluate its jurisdiction without an evidentiary hearing so long as the court has afforded the parties notice and a fair opportunity to be heard," which was satisfied where the parties had "ample opportunity to be heard through affidavits and briefs"); *United States v. Metro. St. Louis Sewer Dist. (MSD)*, 952 F.2d 1040, 1044 (8th Cir. 1992) (concluding that the "absence of substantial factual issues" supported the district court's decision not to hold a hearing); *see also* E.D. Mo. L.R. 4.02(A) (providing that, unless the Court exercises its discretion otherwise, civil motions "shall be submitted and determined upon the memoranda without oral argument").

8. Defendant further observes that, should this case proceed following the Court's ruling on Defendant's pending Motions, the Court will likely set a scheduling conference pursuant to Rule 16, which would provide the relief that Plaintiff appears to seek.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

By: /s/ *Dereck W. Basinger*
DERECK W. BASINGER, #76544 (MO)
Assistant United States Attorney
111 S. 10th St., Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2196 FAX
Email: dereck.basinger@usdoj.gov

*Attorneys for the United States of America, on behalf of Defendant Jeff Hughes*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of October, 2026, the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF electronic filing system and served via U.S. Mail, first class, postage prepaid, upon the following:

Toni Phillips
1219 South 10th Street
St. Louis, MO 63104

*Pro Se Plaintiff*

/s/ *Dereck W. Basinger*
DERECK W. BASINGER
Assistant United States Attorney