RECEIVED

NOV 12 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Toni Phillips, )
) Case no. 4:26cv01065 Jar
v )
Jeff Huses, ) Nov. 12, 2026

MEMORANDUM FOR CLERK

Now What I am asking for at this time is for a Court date to talk to a judge because its like non things getting done. Now this will be fire times they swit Check to a letter and nonthing is beening done I reported to the postal police and therr fraud department as well wh I called the police they told me that thats not a police matter. The last two that just happen was ~~the~~ Oct. 30, 2026 and Nov 9, 2026 the two dater they did it again. And no one is going to arrest them this is not right I am a single mother and I have alot of things that I cant do to what they are doing not only I mother with a pride I have to ask or go some where to get women things that if I had my own money I wouldnt have to now should I feel like justice Is not being Serviced because what me and my son have to go or deal with do to every time they switching checks. And we needs,

Please circle which applies: (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

Toni Phillips

Oct 30 2026

What he put again in my box when it was a check that was supposed have got delivered



Gmail

Toni Phillips <tonitruthfree59@gmail.com>

**Your Daily Digest for Fri, 10/30 is ready to view**

1 message

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com> Fri, Oct 30, 2026 at 7:38 AM
To: tonitruthfree59@gmail.com

This was informed delivered

## COMING TO YOU SOON

Hi, Toni!

You have 2 mailpiece(s) and 0 inbound package(s) arriving soon

Friday

30 October 2026

**2** Mailpiece(s)

**0** Package(s)

## MAIL

View Dashboard

Expected Today

2 item(s)

FROM: **USPS**

This is

From: U.S. Department of the Treasury




And this is a Check from IRS

**Learn more about your mail ›**




**Share via:**

Email Text Facebook X

## PACKAGES

View Dashboard

**No packages are available to display.**

It was three letters that was supposed got delivered nonthing got delivered At All this day

Gmail

is:starred

Compose

Inbox 125

Starred

Snoozed

Sent

Drafts 1

Purchases 148

More

Labels

9 November 2026

**Download the USPS Informed Delivery® Mobile App**

MAIL

Expected Today

FROM: **U.S Department of the Treasury**




Reply

Forward

From: U S Department of the Treasury

[redacted]

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0003

[redacted]

Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

Gmail category:purchases

Compose

Inbox 125

Starred

Snoozed

Sent

Drafts 1

Purchases 151

More

Labels

# PACKAGES

## Expected Today

No packages are available to display.

## Expected 1-2 Days

FROM:

Estimated Delivery on: Tuesday, Nov 10

## Awaiting From Sender

Reply Forward